UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christian Moniz Rabino,<br>    Petitioner(s),<br>v.<br>Lisa Chamlee Brainard, et al.,<br>    Defendant(s). | Case No. 2:25-cv-01996-CDS-NJK<br><br>**Order** |

Pending before the Court is a complaint seeking relief as to standby counsel for Plaintiff in state court criminal proceedings. There are at least two problems before the Court.

First, Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a).

Second, Plaintiff is facing an imminent trial in state court on murder and other charges. *See State v. Rabino*, Case No. C-24-386276-1; *see also Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (federal courts may take judicial notice of state court records). Plaintiff here is asking this Court to issue a restraining order that prohibits standby counsel from being involved in that criminal case. Docket No. 1-1 at 4. Federal courts are generally prohibited from interfering with ongoing state court proceedings. *See Younger v. Harris*, 401 U.S. 37, 53-54 (1971). Plaintiff is advised that <u>arguments concerning ongoing criminal proceedings in state court should be presented in state court</u>.[1]

---

[1] In the event Plaintiff complies with the requirement to pay the filing fee or file an application to proceed *in forma pauperis*, the Court will address *Younger* abstention on screening as appropriate. *See, e.g.*, 28 U.S.C. § 1915(e).

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*. The Clerk of the Court is **INSTRUCTED** to send Plaintiff the application to proceed *in forma pauperis* by a prisoner.

2. Plaintiff must comply with this order no later than November 3, 2025. **Failure to comply with this order may result in dismissal.**

IT IS SO ORDERED.

Dated: October 20, 2025

_____
Nancy J. Koppe
United States Magistrate Judge