1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christian Moniz Rabino, | Case No. 2:25-cv-01996-CDS-NJK |
|      Petitioner(s), | **Report and Recommendation** |
| v. | |
| Lisa Chamlee Brainard, et al., | |
|      Defendant(s). | |

11       Plaintiff initiated this case without paying the required fee or filing an application to
12 proceed *in forma pauperis*. Docket No. 1. On October 16, 2025, the Court ordered Plaintiff to
13 pay the filing fee or file an application to proceed *in forma pauperis* by November 3, 2025. Docket
14 No. 3. The Court warned that "**[f]ailure to comply with this order may result in dismissal**." *Id.*
15 at 2. Notwithstanding that warning, Plaintiff did not comply.

16       This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to
17 proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused
18 to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021
19 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

20       Moreover, Plaintiff's refusal to comply with the Court's order is an abusive litigation
21 practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted
22 the Court's timely management of its docket, wasted judicial resources, and threatened the
23 integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than
24 dismissal are unavailable because Plaintiff has refused to comply with the order of this Court
25 notwithstanding the warning that case-dispositive sanctions may be imposed.

26
27
28

1

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: November 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).